IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH MARTIN | : |
|  | : CIVIL ACTION |
| Petitioner | : |
|  | : |
| vs. | : NO. 20-CV-0686 |
|  | : |
| NTT DATA, INC. | : |
|  | : |
| Respondent | : |

**ORDER**

AND NOW, this   23rd   day of June, 2020, upon consideration of the Petition to Vacate Arbitration Award of Sarah Martin (Doc. No. 1) and NTT Data, Inc.'s Response in Opposition and Cross-Petition to Confirm Arbitration Award (Doc. No. 15), it is hereby ORDERED that the Petition to Vacate is DENIED, the Cross-Petition to Confirm is GRANTED and the Arbitration Award entered in this matter on January 6, 2020 is CONFIRMED.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,    J.